IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE LEE BRIDGES,

    Plaintiff,                  No. CIV S-06-1410 LKK KJM P

    vs.

B. AMOS,

    Defendant.                ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 7, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/mp
brid1410.59